Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
AIRIN HEATHER GUY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRIN HEATHER GUY ) | Case No.: 1:15-cv-01522-EPG |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE OPENING BRIEF; ORDER |
| ) | |
| CAROLYN W. COLVIN, Acting ) | (FIRST REQUEST) |
| Commissioner of Social Security. ) | |
| ) | (ECF No. 13) |
| Defendant. ) | |
| ) | |

Plaintiff Airin Heather Guy and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from May 25, 2016 to June 24, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: May 23, 2016          Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
_____
Brian C. Shapiro

Attorney for plaintiff Ms. Airin Heather Guy

DATE:  May 24, 2016         PHILLIP A. TALBET
*United States Attorney*

BY: /s/ *Donna Wade Anderson*
_____
Donna Wade Anderson
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

**Order**

Based on the above stipulation, the Court grants Plaintiff an extension of time to file her opening brief. Plaintiff shall file her opening brief no later than June 24, 2016. Defendant shall file her opposition brief no later than July 25, 2016. Plaintiff may file her reply brief no later than August 9, 2016.

IT IS SO ORDERED.

Dated:   **May 25, 2016**                             /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE