Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
AIRIN HEATHER GUY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRIN HEATHER GUY | Case No.: 1:15-cv-01522-EPG |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (ECF No. 15) |
| Defendant. | |

   Plaintiff Airin Heather Guy and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time 30 days from June 24, 2016 to July 24, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: June 21, 2016             Respectfully submitted,

                                LAWRENCE D. ROHLFING

                                     /s/ *Brian C. Shapiro*
                        BY: _____
                                Brian C. Shapiro
                                Attorney for plaintiff Ms. Airin Heather Guy

DATE:  June 21, 2016

                                PHILLIP A. TALBET
                                *United States Attorney*



                                     /s/ *Donna W. Anderson*
                        BY: _____
                                Donna W. Anderson
                                Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
                                |*authorized by e-mail|

### Order

Based on the above stipulation, the Court grants Plaintiff an extension of time to file her opening brief. Plaintiff shall file her opening brief no later than **July 24, 2016**. Defendant shall file her opposition brief no later than **August 23, 2016**. Plaintiff may file her reply brief no later than **September 7, 2016**.

The Court notes that this is Plaintiff's second request in this case for an extension "to allow additional time to fully research the issues presented." Any further extensions will be strongly disfavored.

IT IS SO ORDERED.

Dated:  **June 23, 2016**                                        /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE