Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Airin Heather Guy

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| AIRIN HEATHER GUY, | Case No.: 1:15-cv-01522-EPG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties (ECF No. 17), the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs, and expenses.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **July 11, 2016**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

-1-